IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL, CALIFORNIA ADVOCATES FOR NURSING HOME REFORM, et al., | No. C 99-00651 CRB |
| | **ORDER** |
| Plaintiffs, | |
| v. | |
| LENEX HEALTHCARE, et al., | |
| Defendants. | |

The Court concludes that this action is NOT related to United States of America Ex Rel, California Advocates For Nursing Home Reform v. American International Specialty Line Ins. Co., 06-3069 JSW.

**IT IS SO ORDERED.**

Dated: Sep. 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1999\0651\orderrerelatedcase.wpd